# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
Laurence A Van Der Horst § Case No. 13-37791
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on February 5, 2015 in courtroom 742 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld
                                                Chapter 7 Trustee


*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Laurence A Van Der Horst § Case No. 13-37791
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,898.14 |
| and approved disbursements of | $ | 75.08 |
| leaving a balance on hand of[1] | $ | 10,823.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,839.81 | $ 0.00 | $ 1,839.81 |
| Attorney for Trustee Fees: Perkins Coie LLP | $ 1,827.50 | $ 0.00 | $ 1,827.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,667.31 |
| Remaining Balance | $ 7,155.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 109,487.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Janine Galante | $ 0.00 | $ 0.00 | $ 0.00 |
| 2 | Mark L. Karno | $ 109,487.70 | $ 0.00 | $ 7,155.75 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,155.75 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-37791-CAD
Laurence A van der Horst                                                Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 2           Date Rcvd: Jan 12, 2015
                              Form ID: pdf006             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2015.
```
db         +Laurence A van der Horst,   PO Box 57395,   Chicago, Il 60657-7351
21300652   +Access Mediquip,   C/O Max Revenue Solutions,   7676 Hilmont suite 250,
             Houston, TX 77040-6423
21465360   +Anna Ivanenko MD,   Pob 82,   Kenilworth, IL 60043-0082
21035013  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank of America,   Bank of America,   PO Box 982235,
             El Paso, TX 79998-2235)
21035014   +Chase,   Cardmember Service,   PO box 15153,   Wilmington, DE 19886-5153
21035015   +Citi Bank,   Processing Center,   Des Moines, IA 50363-0001
21300653   +David Frumm,   Frumm & Frumm,   10 S Lasalle Street,   suite 1420,   Chicago,IL 60603-1078
21300651   +Janine Galante,   c/o Gregory K. Stern, P.C.,   53 West Jackson Boulevard,   Suite 1442,
             Chicago, IL 60604-3536
21035016   +Lake Toback,   33 N Dearborn,   Suite 900,   Chicago, IL 60602-3955
21035017   +LeVine, Wittnberg, Shugan,   18400 Maple Creek Drive,   Suite 600,   Tinley Park, IL 60477-3032
21300654  #+Lynne Marks,   37 Stone Paddock Place,   Bedford,NY 10506-1058
21300655   +Mark Karno,   d/b/a Mark Karno & Assoc,   33 N Lasalle St suite,   Chicago, IL 60602-2603
21665939   +Mark L. Karno,   Mark L. Karno & Associates,   33 N. La Salle Street,   Suite 2600,
             Chicago, IL 60602-3399
21300656   +State Farm Fire & Casualt,   C/O Michael Borders,   Dykema Gosset PLLC,
             10 S Wacker dr suite 2,   Chicago,IL 60606-7453
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2015 at the address(es) listed below:
```
          Deborah Michelle Gutfeld   on behalf of Trustee Deborah Michelle Gutfeld
            gutfeldch7@perkinscoie.com,  dgutfeld@ecf.epiqsystems.com
          Deborah Michelle Gutfeld   gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com
          Gregory K Stern   on behalf of Creditor Janine  Galante gstern1@flash.net,
            steve_horvath@ilnb.uscourts.gov
          Gregory K Stern   on behalf of Creditor David  Frumm gstern1@flash.net,
            steve_horvath@ilnb.uscourts.gov
          Jeffrey W Deer   on behalf of Creditor Janine  Galante jwdeer@aol.com,  tonarlopez31@gmail.com
          Jeffrey W Deer   on behalf of Debtor Laurence A van der Horst jwdeer@aol.com,
            tonarlopez31@gmail.com
          Jordan Galassie   on behalf of Trustee Deborah Michelle Gutfeld jgalassie@perkinscoie.com,
            nsaldinger@perkinscoie.com;docketchi@perkinscoie.com
          Laurence  Van der Horst   on behalf of Defendant Laurence A van der Horst lvdhlaw@comcast.net
          Laurence  Van der Horst   on behalf of Debtor Laurence A van der Horst lvdhlaw@comcast.net
          Maria A Diakoumakis   on behalf of Interested Party  State Farm Fire & Casualty Co.
            mdiakoumakis@dykema.com,  DocketCH@dykema.com
          Mark L Karno   on behalf of Creditor Mark Leonard Karno mlkarno@sbcglobal.net
          Mark L Karno   on behalf of Plaintiff Mark Leonard Karno mlkarno@sbcglobal.net
```

```
District/off: 0752-1           User: arodarte              Page 2 of 2                   Date Rcvd: Jan 12, 2015
                               Form ID: pdf006             Total Noticed: 14


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Monica C O'Brien    on behalf of Creditor David  Frumm gstern1@flash.net
              Monica C O'Brien    on behalf of Creditor Janine  Galante gstern1@flash.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 15
```