A.R.D.C. No.: 6182836

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-37791 |
| LAURENCE A. VAN DER HORST, ) | Hon. Carol A. Doyle |
| ) | |
| Debtor. ) | |

**CREDITOR MARK L. KARNO d/b/a MARK L. KARNO & ASSOCIATES'**
**PARTIAL OBJECTION TO TRUSTEE'S FINAL REPORT**

NOW COMES MARK L. KARNO d/b/a MARK L. KARNO & ASSOCIATES (herein referred to as "Karno"), and in support of his Partial objection to the Trustee's Final Report and Applications for Compensation for the reasons set forth herein:

1. That Karno does not object to the Trustee's Final Report to the extent the Trustee is seeking compensation, nor does Karno object to the proposed distribution. Karno's objection is based solely on the fact that Trustee has omitted from consideration or neglected to consider Karno's offer to purchase a claimed asset of the Bankruptcy Estate of LAURENCE A. VAN DER HORST.

2. By way of background, Karno filed a lawsuit against LAURENCE A. VAN DER HORST (herein referred to as "Debtor") on February 22, 2010 in the Circuit Court of Cook County, in the City of Chicago and State of Illinois, Case No. 10 L 2847, regarding allegations of breach of contract, breach of fiduciary duty and tortuous interference (the "Lawsuit"). See Exhibit A, attached.

3. Debtor filed a Counterclaim against Karno on February 9, 2012 which was listed as an asset in his "Schedule B – Personal Property" list filed on January 14, 2014 (Document 56) in this bankruptcy proceeding. See Exhibit B, attached.

4. Debtor's Counterclaim alleges Violation of 705 ILCS 225/1 in Count I and is seeking $8,312.50 in damages, his second Count alleges Defamation and is seeking in excess of $50,000.00, his third Count alleges negligence and is seeking in excess of $50,000.00, and his Fourth Count alleges False Light and is seeking in excess of $50.000.00. See Exhibit C, attached.

5. While Karno believes the counterclaims to be without merit, Karno has attempted to reach out to the bankruptcy Trustee in this matter in attempts to purchase Debtor's counterclaim from the bankruptcy estate and has offered $500.00 to that effect. See Exhibit D, attached. To date, Karno has not received any response from Trustee.

6. Debtor is currently attempting to revive his counterclaim and bring it to bar in the Associated Adversary Proceeding of Karno's against Debtor as evidenced by debtor's filing a Motion for Leave to File Counterclaim. See Exhibit E, attached.

7. That while Karno believes the Debtor's counterclaim to be meritless, Karno is interested in resolving this claim by paying monies to the Bankruptcy Estate to avoid additional and unnecessary litigation claims before this Court. Karno remains interested in paying monies to the Bankruptcy Estate through the Trustee to purchase or settle Debtor's counterclaim from the Bankruptcy Estate in an amount of up to $1,500.00.

WHEREFORE, MARK L. KARNO d/b/a MARK L. KARNO & ASSOCIATES hereby objects, in part, to the Trustee's Final Report and Applications for Compensation to the sole extent that it fails to address an offer to purchase a potential claim. MARK L. KARNO d/b/a MARK L. KARNO & ASSOCIATES respectfully requests that the Bankruptcy Trustee review and evaluate Debtor's counterclaim in light of the offer to purchase it from the Bankruptcy Estate by MARK L. KARNO d/b/a MARK L. KARNO & ASSOCIATES for the amount of $1,500.00 and for such other and further relief as the Court may deem just and proper.

Respectfully,

/s/Mark L. Karno
Mark L. Karno
MARK L. KARNO AND ASSOCIATES
33 North La Salle Street
Suite 2600
Chicago, IL 60602
Tel:    (312) 701-0090
Fax:    (3120 701-0600